UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY GERALD BENNETT, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:14-CV-0402-N |
| CARDAN SPENCER and, | § | |
| CHRISTOPHER WATSON, | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, Plaintiff, Bobby Gerald Bennett, Defendant Cardan Spencer, and Defendant Christopher Watson, through their counsel of record, hereby stipulate to the dismissal with prejudice of all claims by the Parties. The Parties respectfully request that the Court take note of this stipulation, and that the dismissal of these claims and of this civil action be noted on the Court's docket.

Respectfully submitted,

By: /s/ *Don Tittle*
Don Tittle, attorney-in-charge
State Bar No. 20080200
LAW OFFICES OF DON TITTLE, PLLC
6301 Gaston Avenue, Suite 440
Dallas, Texas 75214
(214) 522-8400
(214) 389-1002 - Fax
don@dontittlelaw.com

*Attorney for Plaintiff, Bobby Gerald Bennett*

*/s/* Mark E. Goldstucker  [with permission]
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
Attorney-in-Charge
Law Officer of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  972-479-1112
Fax:  972-479-1113
Email:  mgoldstucker@gmail.com

**Attorney for Defendant Cardan Spencer**

**WHITE & WIGGINS LLP**

**/s/ Kevin B. Wiggins [with permission]**
Kevin B. Wiggins
Texas Bar No. 21441600
kbw@whitewiggins.com
Sol Villasana
Texas Bar No. 20585200
1700 Pacific Avenue, Suite 3740
Dallas, Texas 75201
Telephone: (214) 655-4158
Facsimile:  (214) 655-4160
**ATTORNEYS FOR DEFENDANT CHRISTOPHER WATSON**

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of October, 2015, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and that a true and correct copy of the foregoing has been served upon the following counsel of record, by electronic service via the Court's CM/ECF system:

Mark E. Goldstucker
300 N. Coit Road, Suite 1125
Richardson, Texas 75080

Kevin B. Wiggins
Sol Villasana
White & Wiggins, LLP
1700 Pacific Avenue, Suite 3740
Dallas, Texas 75201

      /s/ Don Tittle
      Don Tittle